HARRY D. NEIER, Respondent, v. DROESCH REALTY CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID KRAKAUER, Appellant.— Judgment of conviction of the County Court of Westchester county reversed upon the law and the facts, and a new trial ordered. Errors were committed upon the trial which require a reversal of the judgment, namely, the admission of the testimony of the witness McGowan appearing at folio 255 and the charge of the court with reference thereto at folio 295, the testimony of Chief Jones as to the contents of the report of the fire which he made appearing at folio 204, and the testimony regarding the former fire upon the premises. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK COHEN, Alias JACOB BERNOFF, Appellant.— Judgment of conviction of the County Court of Kings county reversed upon the facts and a new trial ordered. It was not proved beyond a reasonable doubt that defendant was one of the persons who committed the crime charged. Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAURICE SEIDE, Appellant.— Judgment of conviction of the County Court of Westchester county affirmed. Lazansky, P. J., Young, Hagarty and Carswell, JJ., concur; Kapper, J., not voting.

JOSEPH B. RAEBECK, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements, defendant to have leave to answer within five days from service of a copy of the order entered herein upon such payment. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

SAMUEL SCHUMAN, Respondent, v. CHARLES SOLOMON, Appellant.— Order granting, upon condition, defendant's motion to dismiss action for lack of prosecution affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

LLOYD SMITH, Respondent, v. JOHN HANSON, Appellant.— Order of Appellate Term affirming judgment of the City Court of the City of New York, and said judgment of the City Court, reversed upon the law and the facts, with costs, and complaint dismissed, with costs, upon authority of Smith v. Hanson (post, p. 634), decided herewith. Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ., concur.